FILED

JUL 3 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ABDUL WAKIL AMIRI,        :

        :

        Plaintiff,        :

        :

v.        :        Civil Action No. **12 1262**

        :

UNITED STATES OF AMERICA, *et al.*,    :

        :

        Defendants.        :

## <u>MEMORANDUM OPINION</u>

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. For the reasons stated below, the Court will grant the application and dismiss the complaint.

Plaintiff alleges that he was evicted from his apartment, and he purports to bring this tort action for damages against the Superior Court judge who presided over the action brought by his former landlord in the Civil Division, Landlord and Tenant Branch, of the Superior Court of the District of Columbia. The complaint will be dismissed.

The judge enjoys absolute immunity from liability for damages for acts committed within his judicial jurisdiction. *See Mirales v. Waco*, 502 U.S. 9 (1991); *Forrester v. White*, 484 U.S. 219 (1988); *Bradley v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872). That jurisdiction includes civil matters, *see* D.C. Code § 11-921(a), including actions for possession of real property, *see* D.C. Code § 16-1501 ("When a person detains possession of real property without right, . . . the Superior Court . . ., on complaint under oath verified by the person aggrieved by the detention, or by his agent or attorney having knowledge of the facts, may issue

a summons . . . to the party complained of to appear and show cause why judgment should not be given against him for the restitution of possession").

An Order is issued separately.

_____
United States District Judge

DATE: 7/19/12